**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Aetius Companies, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-3856613** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**6100 Fairview Road, Suite 1156 Charlotte, NC 28210**<br>Number, Street, City, State & ZIP Code<br><br>**Mecklenburg**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | Aetius Companies, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_7225_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

Debtor   **Aetius Companies, LLC**                                    Case number *(if known)* _____
         Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **Aetius Companies, LLC**

Name

Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☒ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Aetius Companies, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 19, 2023**
MM / DD / YYYY

**X /s/ Mark Cote**                                                    **Mark Cote**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Robert A. Cox, Jr.**                          Date    **July 19, 2023**
Signature of attorney for debtor                                MM / DD / YYYY

**Robert A. Cox, Jr. 21998**
Printed name

**Hamilton Stephens Steele + Martin, PLLC**
Firm name

**525 North Tryon Street, Suite 1400**
**Charlotte, NC 28202**
Number, Street, City, State & ZIP Code

Contact phone    **704-344-1117**        Email address    **rcox@lawhssm.com**

**21998 NC**
Bar number and State

**WRITTEN CONSENT OF I) BOARD OF MANAGERS
OF AETIUS COMPANIES, LLC, AND ii) MANAGERS OF AETIUS RESTAURANT GROUP,
LLC, AETIUS FRANCHISING, LLC, AETIUS RESTAURANT HOLDINGS, LLC, SW
CHARLOTTE LLC, JACKSONVILLE WWC, LLC, RALEIGH WINGS, LLC , NORTH
CHARLESTON WINGS LLC, WILMINGTON WINGS LLC, BLUFFTON WINGS LLC, VISTA
WINGS LLC, WINGS OVER SPARTANBURG LLC, ANDERSON WINGS, LLC, GASTONIA
WINGS, LLC, GREENVILLE WWC, LLC, SAVANNAH WWC, LLC, AETIUS
INTERMEDIATE COMPANY, LLC, WILD WINGS OF MCDONOUGH, LLC, WILD WINGS
OF CHARLOTTE, LLC, AND ROCK HILL WINGS, LLC**

**July 15, 2023**

The undersigned, being the majority of the Board of Managers (the "Aetius Board") of Aetius Companies, LLC, a Delaware limited liability company ("Aetius"), and the Managers (together, the "Subsidiary Managers," together with the Aetius Board, the "Authorized Bodies") of Aetius Restaurant Group, LLC, a Delaware limited liability company; Aetius Franchising, LLC, a Delaware limited liability company; Aetius Restaurant Holdings, LLC, a Delaware limited liability company; a Delaware limited liability company; SW Charlotte LLC , a North Carolina limited liability company; Jacksonville WWC, LLC, a South Carolina limited liability company; Raleigh Wings, LLC , a North Carolina limited liability company; North Charleston Wings LLC, a South Carolina limited liability company; Wilmington Wings LLC, a North Carolina limited liability company; Bluffton Wings LLC, a South Carolina limited liability company; Vista Wings LLC, a South Carolina limited liability company; Wings Over Spartanburg LLC, a South Carolina limited liability company; Anderson Wings, LLC, a South Carolina limited liability company; Gastonia Wings, LLC, a North Carolina limited liability company; Greenville WWC, LLC, a North Carolina limited liability company; Savannah WWC, LLC, a South Carolina limited liability company, Aetius Intermediate Company, LLC, a Delaware limited liability company; Wild Wings of McDonough, LLC, a Delaware limited liability company; Wild Wings of Charlotte, LLC, a Delaware limited liability company, and Rock Hill Wings, LLC, a South Carolina limited liability company (together, the "Subsidiary Companies," and each, a "Subsidiary Company," and together with Aetius, the "Companies," and each a "Company") in accordance with the applicable limited liability company agreements for each Company, do hereby consent to, approve, and adopt the following resolutions by written consent in lieu of a meeting as of the date written above; and the taking of the actions contemplated thereby with respect to the Companies as of the  date written above:

WHEREAS, each of the Authorized Bodies have considered the current financial condition of the Companies, and the ability of the Companies to continue to fund operations in the ordinary course of business;

WHEREAS, after careful consideration of all relevant facts and circumstances, and having consulted with the legal and financial advisors to the Companies, and having fully considered each of the strategic alternatives to the Companies, each of the Authorized Bodies have determined that to preserve the maximum value of the Companies as an enterprise, and to provide the greatest return to stakeholders, a petition should be filed for each of the Companies seeking relief under Chapter 11 of the Bankruptcy Code, and that the Companies undertake related actions thereto;

WHEREAS, the undersigned Authorized Bodies are empowered and have sufficient authority to take the actions and authorizations contemplated by these resolutions, pursuant to the terms of the applicable limited liability agreements.

1

NOW, THEREFORE, IT IS RESOLVED, THAT, each of the Authorized Bodies for the Companies, in their business judgment, and after consultation with legal and other advisors, has determined that it is desirable and in the best interest of the Companies that voluntary petitions for relief under Chapter 11 of the Bankruptcy Code be filed for each Company;

FURTHER RESOLVED THAT the Aetius Board does hereby authorize, approve, and direct that Aetius file or cause to be filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and the filing of such petition is authorized hereby;

FURTHER RESOLVED THAT the Aetius Board does hereby authorize the Subsidiary Managers for each Subsidiary Company to file or cause to be filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and the filing of such petitions are authorized hereby;

FURTHER RESOLVED THAT the Subsidiary Managers do hereby authorize, approve, and direct that each of the Subsidiary Companies file or cause to be filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and the filing of such petitions are authorized hereby;

FURTHER RESOLVED, that Mark Cote is hereby authorized, empowered and directed on behalf of, and in the name of, each Company to (a) appear as necessary at all bankruptcy proceedings on behalf of the Companies; (b) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; (c) execute, verify and file on behalf of the Companies all documents necessary or appropriate in connection with the filing of said bankruptcy petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such bankruptcy cases; and (d) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the bankruptcy case;

FURTHER RESOLVED, that the Companies are authorized and empowered on behalf of, and in the name of, each Company to engage the law firm of Hamilton Stephens Steele & Martin, PLLC *("HSSM")* as general bankruptcy counsel to represent and assist the Companies in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance such Company's rights and interests, including filing any pleadings and making any filings with regulatory agencies or other governmental authorities; and, in connection therewith, each Authorized Body be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of each Company's Chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of HSSM;

FURTHER RESOLVED, that the Companies, are authorized and empowered on behalf of, and in the name of, each Company to engage Blystone & Donaldson *("B&D")* as financial advisor to assist the Companies in carrying out their duties under the Bankruptcy Code and to take any and all actions to advance such Company's rights and interests; and, in connection therewith, each Authorized Body be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and after the filing of each Company's Chapter 11 case, and cause to be filed an appropriate application for authority to retain the services of B&D;

FURTHER RESOLVED that each Company and each authorized officer or authorized person be, and hereby is, authorized and empowered on behalf of, and in the name of, each Company to engage any

2

other professionals, financial advisors or claims agent as deemed necessary or appropriate in their respective sole discretion to assist such Company in carrying out its duties under the Bankruptcy Code, including executing appropriate retention agreements, paying appropriate retainers prior to or after the filing of each Company's Chapter 11 case, and filing appropriate applications for authority to retain the services of any other professionals as any authorized officer shall in its discretion determine necessary;

FURTHER RESOLVED, that all actions heretofore taken by the officers and authorized persons of each of the Companies with respect to the foregoing transactions and all other matters contemplated by the foregoing resolutions are hereby in all respects, authorized, approved, confirmed, adopted and ratified;

FURTHER RESOLVED, that that all members and managers of the Companies have received sufficient notice of the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the organizational documents of each Company or have waived any right to have received such notice;

FURTHER RESOLVED, that, to the extent that this written consent of each of the Authorizing Bodies may be executed and delivered by means of a facsimile machine or other electronic transmission (including e-mail of a "pdf' signature), this written consent shall be treated in all manners and respects and for all purposes as an original written consent and shall be considered to have the same binding legal effect as if it were the original signed version thereof delivered in person; and

FURTHER RESLOVED, that this written consent may be executed in any number of counterparts, each of which shall for all purposes be deemed an original, and all such counterparts together shall constitute one and the same document.

[REMAINDER OF PAGE LEFT BLANK]

[SIGNATURE PAGE TO FOLLOW]

IN WITNESS WHEREOF, the undersigned have executed this consent as of the date first set forth above.

AETIUS COMPANIES, LLC

By:    Denis Ackah-Yensu
Title:  Manager

By:    Muhsin Muhammad II
Title:  Manager

By:    Raymond Groth
Title:  Manager

AETIUS RESTAURANT GROUP, LLC

By:    Denis Ackah-Yensu
Title:  Manager

By:    Muhsin Muhammad II
Title:  Manager

AETIUS FRANCHISING, LLC

By:    Denis Ackah-Yensu
Title:  Manager

By:    Muhsin Muhammad II
Title:  Manager

4

AETIUS RESTAURANT HOLDINGS, LLC

By:      Denis Ackah-Yensu
Title:  Manager

By:      Muhsin Muhammad II
Title:  Manager

SW CHARLOTTE,  LLC

By:      Denis Ackah-Yensu
Title:  Manager

By:      Muhsin Muhammad II
Title:  Manager

JACKSONVILLE WWC, LLC

By:      Denis Ackah-Yensu
Title:  Manager

RALEIGH WINGS, LLC

By:      Denis Ackah-Yensu
Title:  Manager

NORTH CHARLESTON WINGS, LLC

By:      Denis Ackah-Yensu
Title:   Manager

By:      Muhsin Muhammad II
Title:   Manager

WILMINGTON WINGS LLC

By:      Denis Ackah-Yensu
Title:   Manager

By:      Muhsin Muhammad II
Title:   Manager

BLUFFTON WINGS, LLC

By:      Denis Ackah-Yensu
Title:   Manager

By:      Muhsin Muhammad II
Title:   Manager

VISTA WINGS, LLC

By:      Denis Ackah-Yensu
Title:   Manager

By:      Muhsin Muhammad II
Title:   Manager

WINGS OVER SPARTANBURG, LLC

By: Denis Ackah-Yensu
Title: Manager

By: Muhsin Muhammad II
Title: Manager

ANDERSON WINGS, LLC

By: Denis Ackah-Yensu
Title: Manager

GASTONIA WINGS, LLC

By: Denis Ackah-Yensu
Title: Manager

GREENVILLE WWC, LLC

By: Denis Ackah-Yensu
Title: Manager

SAVANNAH WWC, LLC

By: Denis Ackah-Yensu
Title: Manager

AETIUS INTERMEDIATE
COMPANY, LLC

By:      Denis Ackah-Yensu
Title:   Manager

By:      Muhsin Muhammad II
Title:   Manager


WILD WINGS OF MCDONOUGH, LLC

By:      Denis Ackah-Yensu
Title:   Manager



WILD WINGS OF CHARLOTTE, LLC

By:      Denis Ackah-Yensu
Title:   Manager


ROCK HILL WINGS, LLC

By:      Denis Ackah-Yensu
Title:   Manager

By:      Muhsin Muhammad II
Title:   Manager

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Aetius Companies, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ASCAP Attn: Account Services PO BOX 331608 Nashville, TN 37203-7515** | | | **Disputed** | | | $145,208.28 |
| **Beaufort County Treasurer's Office PO BOX 105176, Drawer 1228 Atlanta, GA 30348-5176** | | | | | | $184,511.04 |
| **BMI - Broadcast Music Inc PO Box 630893 Cincinnati, OH 45263-0893** | | | **Disputed** | | | $128,362.85 |
| **Charleston County Revenue Collections 4045 Bridge View Drive, #B110 North Charleston, SC 29405** | | | | | | $115,544.02 |
| **CIGNA HealthCare 5476 Collections Center Dr Chicago, IL 60693-0547** | | | | | | $747,714.71 |
| **Direct TV PO Box 105249 Atlanta, GA 30348-5249** | | | **Disputed** | | | $368,230.03 |
| **Lexington Insurance Company 99 High Street Boston, MA 02110** | | | | | | $257,711.00 |

Debtor   **Aetius Companies, LLC**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NC Department of Revenue PO Box 25000 Raleigh, NC 27640** | | | **Disputed** | | | **$904,705.00** |
| **NCR CORP. 864 Spring St NW Atlanta, GA 30308** | | | | | | **$111,500.00** |
| **Old Forum LLC 9224 Kings Parade Blvd, Suite 2101 Charlotte, NC 28273** | | | **Disputed** | | | **$145,642.21** |
| **Punchh Inc PO Box 536257 Pittsburgh, PA 15253** | | | | | | **$224,336.40** |
| **Regency Centers Corporation 3715 Northside Parkway NW, Suite 400 Atlanta, GA 30327** | | | | | | **$125,383.36** |
| **Regions Bank 1900 Fifth Avenue North Birmingham, AL 35203** | | | | | | **$166,956.47** |
| **SC Department of Revenue ATTN: ACS COLLECTIONS PO BOX 125 Columbia, SC 29214** | | | | | | **$201,986.70** |
| **Segra Communications PO Box 631140 Cincinnati, OH 45263-1140** | | | **Disputed** | | | **$251,106.00** |
| **Shiv Shakti Investments LLC 285 Country Club Dr, Suite 100 Stockbridge, GA 30281** | | | **Disputed** | | | **$223,771.89** |
| **STORE Master Funding VII, LLC 8377 E. Hartford Dr, Ste 100 Scottsdale, AZ 85255** | | | | | | **$248,981.16** |

Debtor **Aetius Companies, LLC**
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **SYSCO Atlanta Sysco Business Service 24500 Hwy 290 Cypress, TX 77429** | | | | | | **$103,945.73** |
| **Sysco Charlotte ATTN Accounts Recievable 4500 Corporate Dr NW Concord, NC 28027** | | | | | | **$600,497.80** |
| **SYSCO Columbia LLC PO Box 9224 Columbia, SC 29290-9224** | | | | | | **$2,751,073.84** |
| **FIS Global / WorldPay 347 Riverside Avenue Jacksonville, FL 32202** | | | | | | **92,204.00** |
| **Cape Fear Commercial 102 Autumn Hall Drive Suite 210 Wilmington, NC 28403** | | | | | | **60,082.70** |
| **Georgia Department of Revenue Taxpayer Services Division PO BOX 105499 Atlantam GA 30348-5499** | | | | | | **89,361.95** |
| **Sandhill Center LLC c/o Stiles Property Management 481 Town Center Place, Suite 2 Columbia, SC 29229** | | | **Disputed** | | | **88,346.22** |
| **MIMEO.COM,INC. PO BOX 654018 Dallas, TX 75265** | | | | | | **82,994.64** |
| **ADP, Inc. One ADP Boulevard Roseland, NJ 07068** | | | **Disputed** | | | **80,810.00** |
| **RSM US LLP 300 S Tryon St #1500 Charlotte, NC 28202** | | | | | | **73,500.00** |

Debtor   **Aetius Companies, LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **City of Savannah PO Box 1027 2 East Bay Street Savannah, GA 31401** | | | | | | **71,340.55** |
| **Swift Curie McGhee & Hiers LLP 1420 Peachtree St NE #800 Atlanta, GA 30309** | | | | | | **71,111.74** |
| **Main Street Development II, LLC 189 S Converse StSpartanburg, SC 29306** | | | | | | **59,641.93** |

1 Call Plumbing, Inc.
7407 Reedy Creek Rd
Charlotte, NC 28215

1188 Centre HPR
C/O IMC Resort Services Inc
PO Box 95187
Las Vegas, NV 89133

485 MEDIA, LLC
10612 D Providence Rd # 716
Charlotte, NC 28277

A Perfect Pressure Cleaning, Inc.
N/A

A S Private Security LLC
17 Beacon Lane
Port Wentworth, GA 31407

ACR Master Locksmith LLC
7804 Fairview Road, #342
Charlotte, NC 28226

Action Graphics and SIgns Inc
N/A

ADP SCREENING & SELECTION SERVICES
P.O. BOX. 645177
Cincinnati, OH 45264

ADP, Inc.
One ADP Boulevard
Roseland, NJ 07068

Advanced Disposal
PO Box 74008047
Chicago, IL 60674-8047

Agency Zero LLC
24657 Foothills Drive N
Golden, CO 80401

Aiken County Treasurer
PO Box 919
Aiken, SC 29802


Airgas National Carbonation
N/A


AIRGAS USA,LLC
PO Box 9249
Marietta, GA 30065-2249


Alan Fields
221 Providence Square
Greenville, SC 29615


Alarm, Fire & Security, LLC
PO Box 7972
Hilton Head Island, SC 29938


Alcohol Beverage Logistical Service, LLC
2822 Liatris Lane
Charlotte, NC 28213


Altus Receivables Management
2121 Airline Dr, Suite 250
Metairie, LA 70001


Ambos Seafoods LLC
PO Box 15242
Savannah, GA 31401


American Express
N/A


Amerigas
PO Box 371473
Pittsburgh, PA 00037-1473


Anderson County Treasurer
PO Box 1658

Andrea Campoli
Rocket Entertainment & Music Booking
7267 Sandy Creek Drive
Raleigh, NC 27615


Apple Services
PO Box 3965
Irmo, SC 29063


ARC NWNCHSC0001 LLC
N/A


Armstrong Transfer & Storage Co Inc
4400 Westinghouse Blvd
Charlotte, NC 28273


ARS Rescue Rooter
2548 Oscar Johnson Drive
N. Charleston, SC 29405


ASC LLC
N/A


ASCAP
Attn: Account Services
PO BOX 331608
Nashville, TN 37203-7515


AT&T
PO Box 105262
Atlanta, GA 30348-5262


ATIS Elevator Inspections LLC
PO Box 790379
St. Louis, MO 63179-0379


Authentic Elite Power Wash
2631 Rufus Ratchford Rd
Gastonia, NC 28056


AW Billing Services LLC
4431 North Dixie Highway
Boca Raton, FL 33431

BACKFLOW PREVENTION
PO Box 667


Barmalade LLC
190 E. Stacy Road Suite 306
Allen, TX 75002


BCBS Management Inc
Supporting Strategies Charlotte
2405 Gateway Ln
Lincolnton, NC 28092


BCN Telecom Inc
PO Box 842840
Boston, MA 02284


BEAT THE HEAT
7912 OLDE POND RD PO Box 580074


Beaufort County Treasurer's Office
PO BOX 105176, Drawer 1228
Atlanta, GA 30348-5176


Beaufort Design Build LLC
2 Fire Station Lane
Seabrook, SC 29940


BeerBoard
US Beverage Net, Inc.
225 W Jefferson St
Syracuse, NY 13202


Belmont Fire & Safety Products, LLC
PO Box 928
Belmont, NC 28012


Best There Is/Scot Mann
1274 Old Kimbill Trail
Aiken, SC 29805


Beverage Control Inc
5215 South Royal Atlanta Drive
Tucker, GA 30084

Beverage South
N/A


Bigart Ecosystems LLC (Wisetail)
N/A


BJWSA
PO Box 602919


Black Box Intelligence
c/o TDn2K, LLC
14785 Preston Rd #290
Dallas, TX 75254


Blair Elementary PTA
6510 Market Street
Wilmington, NC 28405


Blanchard Refrigeration Contractors Inc
DBA Rich's Heating & Air Conditioning
109 W Church Street


Blossman Gas & Appliance
6109 Wilkinson Blvd
Belmont, NC 28012


Bluffton Buccis Men's Softball League
1188 Fording Island Rd
Bluffton, SC 29910-6502


BLUFFTON ELECTRIC
266 RED CEDAR STREET
Bluffton, SC 29910


BMI - Broadcast Music Inc
PO Box 630893
Cincinnati, OH 45263-0893


Bonnie Hutchison
Tri-State Plumbing & Electrical
505 Poinsett Hwy
Greenville, SC 29609

Brian Peck
18 Gladesworth Dr
Greenville, SC 29615


Brian Watts
9109 Marion Oaks Dr
Charlotte, NC 28215


Brier Creek LP
Attn: Craig Farkas
1900 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067


Brink's Incorporated
7373 Solutions Center


Brooke R. Ashman
615 Red Cross St
Apt A
Wilmington, NC 28401


Butch Johnston
1041 Willow Grove Ln
York, SC 29745


C.E. Holt Refrigeration
3316 Gibbon Rd
Charlotte, NC 28269


Cape Fear Commercial
102 Autumn Hall Drive Suite 210
Wilmington, NC 28403


Cape Fear Public Utility Authority
235 Government Center Drive
Wilmington, NC 28403


Capital Waste Services
PO Box 148
Columbia, SC 29202


Capitol Coffee Systems
1113 Capital Blvd
Raleigh, NC 27603

Card Marketing Services  llc
N/A


Cardlytics
75 Remittance Drive Dept 3247
Chicago, IL 60675-3247


Carlos Odell Scott
2812 College Farm Rd
Mooresboro, NC 28114


Carolina Beer Co. Inc.
N/A


Carolina Fire Safety Inc
1908 ROSEWOOD DR
Columbia, SC 29205


Carolina Hotwash
PO Box 81001
Charleston, SC 29416


CBG Draft Services NC LLC
1720 Toal St
Charlotte, NC 28206


CC Landfall LLC
N/A


Champion Brands, Inc.
N/A


Charleston County Revenue Collections
4045 Bridge View Drive, #B110
North Charleston, SC 29405


Charleston Water Systems
PO Box 568
Charleston, SC 29402-0568


Charlotte Alarm
N/A

Charlotte IT Solutions
PO Box 31066
Charlotte, NC 28231-1066


Charlotte Knights
324 S. MINT STREET
Charlotte, NC 28202


Charter Communications
PO Box 6030
Carol Stream, IL 60197-6030


Chatham County Health Department
PO Box 14257
Savannah, GA 31416


CHATMETER INC
PO BOX 675307
Detroit, MI 48267-5307


Christine Harder
201 Lakeshore Drive
Gaffney, SC 29341


Christopher Baxter
PO Box 872
Lowell, NC 28098


Chuck Eaton Photographers
210 Park Square Place
Matthews, NC 28105


CIGNA HealthCare
5476 Collections Center Dr
Chicago, IL 60693-0547


Cintas Corporation
N/A


Cintas Fire 636525
PO Box 636525
Cincinnati, OH 45263-6525

City Electric Supply Co
PO Box 131811
Dallas, TX 75313-1811

City of Aiken
PO Box 2458
Aiken, SC 29802

City of Charlotte (Water)
Billing Center
PO Box 1316
Charlotte, NC 28201

City of Columbia
Business License Division
PO Box 7997
Columbia, SC 29201

City of Columbia Hospitality Tax
N/A

City of Dunwoody
4800 Ashford Dunwoody Road
Atlanta, GA 30338

City of Gastonia
Utilities PO Box 580068
Charlotte, NC 28258-0068

City of Greenville
Business License-Revenue Department
PO Box 2207
Greenville, SC 29601

City of Raleigh
PO BOX 71081
Charlotte, NC 28272-1081

City of Raleigh - False Alarm
Revenue Services - 33
PO Box 590
Raleigh, NC 27602-0590

CITY OF RALEIGH FIRE INSPECTION
PO BOX 590
Raleigh, NC 27602


City of Rock Hill-Utilities
PO Box 63039
Charlotte, NC 28263-3039


City of Savannah
PO Box 1027
2 East Bay Street
Savannah, GA 31401


City of Savannah
Utility Services Division
PO BOX 1968
Savannah, GA 31402


City of Savannah Revenue Dept
Revenue Department
PO Box 1228
Savannah, GA 31402


City of Wilmington
PO Box 81010
Wilmington, NC 28402


City Wide Exterminating
907 West Main Street
Locust, NC 28097


City-County Tax Collector
PO Box 32728
Charlotte, NC 28232-2728


Clark Electric Service Inc
PO Box 575
Arcadia, SC 29320


Classic Vinyl Repair Inc.
419 N. College Rd.
Wilmington, NC 28405

CLEAN FLO SEWER AND DRAIN
100 CONSTRUCTION WAY
Unit 7
Anderson, SC 29625


Coastal Empire Fire & Security Corp
2431 Habersham St.
Savannah, GA 31401


Coca-Cola Bottling Co.
N/A


Coca-Cola North America
PO Box 102703
Atlanta, GA 30368-2703


Comcast Cable
PO Box 71211
Charlotte, NC 73736-7728


Commercial Refrigeration Company INC
1133 Commercial Ave
Charlotte, NC 28205


Compeat Restaurant Mgmt Systems Corp
N/A


Complete Pymt Recovery
PO BOX 30184


Comporium
PO Box 1042
Rock Hill, SC 29731-7042


Corley Plumbing Air Electric
8501 Pelham Road.
Greenville, SC 29615


Corporate Pride LLC
1809 E Broadway St
Oviedo, FL 32765

Corporate Services Consultants, LLC
PO BOX 1048
Dandridge, TN 37725


Courtyard By Marriot Atlanta McDonough
115 Mill Road
McDonough, GA 30253


Cozzini Bros., Inc.
350 Howard Ave.
Des Plaines, IL 60018


CPI Security Systems Inc.
N/A


CSC Global
PO BOX 7410023
Chicago, IL 60674-5023


CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349


DALE HARRIS GASKET GUY
1608 N. WOODSTREAM RD
Columbia, SC 29212


Dallas R. Courtney Jr.
1218 13th Ave. NE
Hickory, NC 28601


Daniel B. Hefner Plumbing
5527 Racine Avenue
Charlotte, NC 28269


DAVID JENNINGS
4107 Kettering Dr
Durham, NC 27713


David Matthew Vaine
14 Carmel Dr
Statesboro, GA 30458

De Lage Landen Financial Services Inc
PO BOX 41602
Philadelphia, PA 19101-1602


Deerwood Park North Owners Association
c/o Gerald Dake & Associates
13617 Atlantic Blvd
Jacksonville, FL 32225


Deglar Waste Services
PO Box 1853
Bluffton, SC 29910


Dekalb County Tax Commissioner
PO Box 100004
Decatur, GA 30031-7004


Dekalb Enviromental Health
445 Winn Way, Suite 320
Decatur, GA 30030


Demitri's Gourmet Mixes Inc
PO Box 84123


Deonte Smalls
755 Waterbrook Ln
Greer, SC 29651


Department of the Navy
9053 First St Suite 100
Norfolk, VA 23511-3605


DESOTO PROPERTIES, LLC
400 MALL BLVD


Destini Brown
330 Gatesbrook Dr
Blythewood, SC 29016


Devin Anthony Greenhill
104 Teal Ct
Summerville, SC 29483

Devon Kendall
265 Legacy Dr
Youngsville, NC 27596

Dhanraj N Emanuel
8 Dundas Circle Suite F
Greensboro, NC 27407

Dilworth Paxson LLP
N/A

Direct Connect Plumbing LLC
4363 Shallowford Industrial Pkwy Ste A
Marietta, GA 30066

Direct TV
PO Box 105249
Atlanta, GA 30348-5249

Dixie Lock & Safe of Aiken
1006 Owens St
Aiken, SC 29803

Dominion Energy
PO Box 100255
Columbia, SC 29202

DOOR MEDIC
PO BOX 1642
Belmont, NC 28012

DOVE ELECTRICAL SERVICES INC.
PO BOX 19424
Charlotte, NC 28219-9424

Drury Inn & Suites CLT Arrowood
8925 Red Oak Blvd
Charlotte, NC 28217

Dumpster Depot
262 Eastgate Drive, Suite 336
Aiken, SC 29803

Duval County Tax Collector
PO Box 44009
Jacksonville, FL 32231-4009


East Coast Solutions LLC
18357 Seven Creeks Highway
Tabor City, NC 28463


EcoClean
110 Rankin Ct
Anderson, SC 29621


Ecolab Ecosure
26397 Network Place


Ecolab Pest Elimination Inc.
26252 Network Place
Chicago, IL 60673-1262


Ecolab, Inc.
PO Box 32027
New York, NY 10087-2027


Edge Air Conditioning Corp
PO Box 80
Pooler, GA 31322


Edward Don & Company
84 Stemmers Lane
Westampton, NJ 08060


EEC Acquisition LLC
Smart Care Equipment Solutions
PO Box 74008980
Chicago, IL 60674


Emma Bolen
902 JASMINE COVE CIRCLE
Simpsonville, SC 29680


Empire Distributors Inc -CLT
13833 Carowinds Blvd
Charlotte, NC 28273

Environmental Remedies LLC
452 Sawtell Ave SE
Atlanta, GA 30315

Eplee & Associates Directories LLC
PO BOX 27045
Greenville, SC 29616

eSite Analytics Inc.
528 Johnnie Dodds Blvd, Suite 201
Mt Pleasant, SC 29464

Factory Cleaning Equipment Inc
1578 Beverly Court Ste A
Aurora, IL 60502

FAST LOCKSMITH CHARLESTON
215 PROMENADE VISTA ST
APT 3066
Charleston, SC 29412-5120

Fintech
7702 WOODLAND CENTER BLVD

Fire Tech of the Lowcountry, LLC
Thomas Fabian Cambron Jr
23 Martinggale W
Bluffton, SC 29910

FIRST STOP HEALTH, LLC
233 NORTH MICHIGAN AVE, UNIT 1400
Chicago, IL 60601

FIS Global / WorldPay
347 Riverside Avenue
Jacksonville, FL 32202

Fish Window Cleaning
2735 Old Atlanta Rd, Ste E
PO BOX 171
Griffin, GA 30223

FL Department of Revenue
N/A

FLAME ON COOL OFF (FOCO), LLC
PO BOX 25854
Raleigh, NC 27611-5854


Flour-Town Holdings LLC
N/A


FOH AND BOH INC
3802 Woodmont Ln
Nashville, TN 37215


Freedom Plumbing INC
5569 Platt Springs Rd
Lexington, SC 29073


Frontline Insurance
PO Box 958405
Lake Mary, FL 32795-8405


FRS Restaurant Supply
2695 AZALEA TRAIL DRIVE
North Charleston, SC 29405


Fusion Systems LLC
119 N MARKLEY ST
Greenville, SC 29601


FuturePlan by Ascensus
23693 Network Place


GALVEZ PAINTING AND REMODELING LLC
98 UNION CEMETERY RD
Hilton Head, SC 29926


GAR Products
N/A


Garrett Huffman
2525 Cypress Oak Ln
Gastonia, NC 28056


Gars Incorporated
50 Grayson Industrial Pkwy
Grayson, GA 30017

Gas South
PO BOX 530552
Atlanta, GA 30353-0552


Gasket Guy of Charlotte (S-Corp)
10106 Sardis Oaks Rd
Charlotte, NC 28270


Gasket Guy of Jacksonville
100 Nautilus Ct Ponte
Vedra Beach, FL 32082


Gaston County Tax Office
N/A


Genovese Joblove & Battista
100 Southeast Second St 44th Floor
Miami, FL 33131


Georgia Department of Revenue
Taxpayer Services Division
PO BOX 105499
Atlanta, GA 30348-5499


Georgia Power
96 Annex
Atlanta, GA 30396


GFL Enviromental Corp
PO Box 791519
Baltimore, MD 21279-1519


Google
Dept. 33654


Great America Financial Services Corp
PO Box 660831
Dallas, TX 75266


GREATER CHARLOTTE REFRGERATION
6120 BROOKSHIRE BLVD. STREET
Charlotte, NC 02816

Greater Columbia Chamber of Commerce
930 Richland St.
Columbia, SC 29201

Greenville County Tax Collector
301 University Ridge, Ste 700
Greenville, SC 29601-3659

Greenville Meats Inc
PO Box 9201
Greenville, SC 29604

Greenville Water Systems
PO Box 687
Greenville, SC 29601

Greenville Wings, LLC
15 W. Washington St.

Groove Town Assault
53 Wax Myrtle Court
Hilton Head Island, SC 29926

GRP City Market LLC
PO Box 748348

Hall Electrical Contractor LLC
N/A

Hargray Telephone
PO BOX 10116

Hartford Mutual Insurance Company
200 N. Main
Bel Air, MD 21014

Henry County Chamber of Commerce
1709 Highway 20 West
McDonough, GA 30253

Henry County Health Department
137 Henry Parkway
McDonough, GA 30253

HIGHSMITH CONSTRUCTION INC.
4 EXECUTIVE PARK ROAD
Hilton Head Island, SC 29928


Hilton Garden-Rock Hill
650 Tinsley Way
Rock Hill, SC 29730


HLS Precision Welding
2818 Pervis Rd
Durham, NC 27704


Home2 Suites Atlanta South McDonough
60 Mill Road
McDonough, GA 30253


HomeTrust Bank
100 Queens Road
Charlotte, NC 28204


Homewood Suites - Greenville SC
102 Carolina Point Parkway
Greenville, SC 29607


HonorBuilt LLC
2010 Avalon Parkway,  Suite 400
McDonough, GA 30253


Hoodz of The Triangle
N/A


hrEDGE CONSULTING
702 LAFAYETTE BLVD
Oldsmar, FL 34677


iHeartMedia
PO Box 406372
Atlanta, GA 30384


IMPACT FIRE SERVICES, LLC
N/A


InMoment, Inc
N/A

Innovate Mobile LLC
2175 Cumbre Pl
El Cajon, CA 92020


Innovation&Design in Architecture
N/A


Integrated Technology Concepts, LLC
164 Market St Ste 245
Charleston, SC 29401


Integration Network LLC
PO Box 668


Intracoastal Fire Protection, Inc.
22 Holland Drive
Castle Hayne, NC 28429-5912


Island Pest Control
N/A


ITW Food Equipment Group LLC
Hobart Services
PO BOX 2517
Carol Stream, IL 60132-2517


J W Shirtworks, LLC S-Corp
N/A


J.E.S. Equipment Sales & Service Inc.
N/A


JAC Services LLC
107 Elks Lodge Lane
Summerville, SC 29483


Jacob Bornman
213 Circle Drive Lot 6


James M. Brannigan
8305 Bailey Mill Rd
Gainesville, GA 30506

James Reeves
3003 Starboard Dr
Augusta, GA 30909


Jason S Valakis
47 Shelter Cove Ln
Hilton Head, SC 29928


Jay A. Hansel
Advanced Leather Care
308 Dogwood Ln
Lillington, NC 27546


JEA
PO BOX 45047
Jacksonville, FL 32232


Jenna Collins
1056 GLEN LAUREL DRIVE
Fort Mill, SC 29707


Jennifer Johnston
N/A


JEREMY BRYANT MODZELEWSKI
N/A


Jeremy Johnson
115 Williams Rd
Thomaston, GA 30286


Joelle Milligan
309 Huntsman Dr
Goose Creek, SC 29445


John Hancock
PO Box 7247-7122
Philadelphia, PA 7247-7122


Jordan Olshansky, Inc
38 Westgate Way
San Anselmo, CA 94960

Joshua Bowers
103 Genoa Ct
Greenville, SC 29611


Just Let Me Do It Commercial Services
N/A


JW's Precision Lawn Care, LLC
220 Edna Ruth Lane
McDonough, GA 30253


Ken Hutchins
5225 Hildreth Ct
Concord, NC 28025


Kenneth Lee George
136 Keeper Lane
Aiken, SC 29803


Kenneth Wareham
3 White Hall Ct
Hilton Head Island, SC 29928


KEY FIRE PROTECTION ENTERPRISES, LLC
3200 MIKE PADGETT HWY
Augusta, GA 30906


Key Risk Insurance Company
PO Box 18746


KeyBank Real Estate Capital
PO Box 145404


Kimball's Plumbing Heating Elec & AC LLC
1205 Pine Drive NW
Aiken, SC 29801


KMT Systems Inc.
2004 Henry Parkway Connector
McDonough, GA 30253


Lawn Lovers LLC
144 Kentucky Derby Dr
Clayton, NC 27520

Lee Brown
2311A Lumina Avenue North
Wrightsville Beach, NC 28480


Lee Distributors
5802 North Rhett Avenue
Charleston, SC 29401


Lexington County Treasurer's Office
PO Box 3000


Lexington Insurance Company
99 High Street
Boston, MA 02110


Life Insurance Company of North America
PO Box 782447
Philadelphia, PA 19178-2447


Loud Music Company, LLC
5500 Market St
Unit 140-B
Wilmington, NC 28403


Low Tide Plumbing
PO BOX 22717
Hilton Head Island, SC 29925


Lowcountry Audio
945 Habersham Rd
Midway, GA 31320


M & D Pressure Washing
409 Elm Ave


MadPark Designs
3809 Beam Road, Suite G
Charlotte, NC 28217


Magnolia Park Greenville LLC
c/o M&J Wilkow Properties, LLC

Main Street Development II, LLC
189 S Converse St
Spartanburg, SC 29306


Marlin Business Bank
2795 E Cottonwood Parkway Suite 120
PO Box 13604
Salt Lake City, UT 84121


Marsh Bissell Patrick II LLC
C/O Northwood Office LLC
11605 N. Community House Rd, Suite 600
Charlotte, NC 28277


Martintown Landco LLC
339 West Avenue


Mary Catherine Strickland
4101 Senegal Ct
North Charleston, SC 29420


Mastercard Corp
N/A


Matt Shaver
Southern Solutions
7500 Babe Stillwell Farm Rd
Huntersville, NC 28078


Matthew Christian
2741 Jobee Dr
APT 3066
Charleston, SC 29414


Mecklenburg County Tax Collector
PO Box 71063
Charlotte, NC 28272-1063


Meetze Plumbing Company Inc
10009 Broad River Road
Irmo, SC 29063


Melissa Johnson
313 MOSES RHYNE DR
Mt Holly, NC 28120

MENUWORKS.COM
8 SUNBELT BUSINESS PARK DRIVE
Greer, SC 29650


Meridian Intelligent Systems
3316A South Cobb Dr, Suite 177


Meridian Waste
PO Box 580210


METROGREENSCAPE INC
3026 Stewart Creek Blvd
Charlotte, NC 28216


Micah Bacon
N/A


Michael & Sons Services
N/A


Michael Ponder
5 Beau Ct
Beaufort, SC 29907


Michael T Amburgey - ExpReimb
N/A


Micky Finn's
N/A


Microsoft 365
One Microsoft Way


MIMEO.COM,INC.
PO BOX 654018
Dallas, TX 75265


Modern Plumbing Co.of Charlotte Inc.
3415 Westinghouse Blvd, Suite 11
Charlotte, NC 28273


MomentFeed UB Inc.
14005 Live Oak Ave

Mowry Electric Inc
9347 Kent Ave
Huntersville, NC 28078


MR. ROOTER
PO BOX 369
Oak Island, NC 28465-6853


Mr. Rooter Plumbing
P.O. BOX 41486
North Charleston, SC 29423


Mr. Rooter Plumbing of Greenville
1341 Rutherford Road
Greenville, SC 29609


My Jacksonville Landscaper
1719 Penman Rd
Jacksonville Beach, FL 32250


NC Department of Labor
Budget and Management Division
1101 Mail Service Center
Raleigh, NC 27699-1101


NC Department of Revenue
PO Box 25000
Raleigh, NC 27640


NC Labor Law Poster Service
4501 New Bern Ave, Suite 130
Raleigh, NC 27610-1550


NCR CORP.
864 Spring St NW
Atlanta, GA 30308


New Hanover County Finance
230 Government Center Dr, Suite 165
Wilmington, NC 28403


New Hanover County Tax Office
PO Box 18000
Wilmington, NC 28406

New Market Waste Solutions LLC
PO Box 603843
Charlotte, NC 28260-3843

Nobody Entertainment LLC
200 Brushy Creek Road
Easley, SC 29642

North Charleston Sewer District
PO BOX 63009
North Charleston, SC 29419-3009

OBCO Corp
PO Box 61119
North Charleston, SC 29419

Old Forum LLC
9224 Kings Parade Blvd, Suite 2101
Charlotte, NC 28273

Olo Inc.
285 Fulton St, Floor 82
New York, NY 10007

On Call Plumbing, Heating & Air (Corp)
N/A

ONE LOCKSMITH
4626 KETTLEWELL RDG
Rock Hill, SC 29732

Orange Door Music Video, Inc
1860 Chicago Ave
Riverside, CA 92507

Orkin
PO BOX 6685
Spartanburg, SC 29302

Palmetto Electric
PO Box 530812
Atlanta, GA 30353-0812

Palmetto Utilities, Inc.
1713 Woodcreek Farms Rd, Suite A
Elgin, SC 29045

Panthers Football
800 South Mint Street
Charlotte, NC 28202

PARAGON PROPANE
PO BOX 77724
Charlotte, NC 28271

Patrick Cristaldi
23 South Forest Beach Dr
Apt 284
Hilton Head, SC 29928

Pearson Heating & Air LLC
N/A

Peevey Inc. (Roto-Rooter Charleston)
PO Box 5719

Phoenix Signs
N/A

Piedmont Natural Gas
PO Box 1246
Charlotte, NC 28201-1246

PINNACLE PRESSURE WASHING & PROPERTY
200 2ND AVENUE S

Pinnacle Roofing Contractors Inc
PO Box 56826
Jacksonville, FL 32241

Piper Plumbing LLC (S-Corp)
PO BOX 5264
Hilton Head, SC 29938

PipeTechs Plumbing Inc.
6600 Mt Herman Rd
Raleigh, NC 27617

Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Plumb Pro
111 A Lumber Lane
Goose Creek, SC 29445

Preferred Benefit Administrators
PO Box 916188
Longwood, FL 32791-6188

Premier Grease Inc
PO Box 3535
Alpharetta, GA 30023

PricewaterhouseCoopers LLP
PO Box 932011
Altanta, GA 31193-2011

Pro Chef Inc
PO BOX 4057
Mooresville, NC 28117

Pro Disposal, LLC
N/A

PRO KITCHEN SALES AND SERVICE
2115 COMMERCE DRIVE
Cayce, SC 29033

PROSERVE FIRE PROTECTION INC.
1000 North Main Street, Suite 204
Fuquay-Varina, NC 27526

PROSERVE HOOD & DUCT SERVICES
N/A

Public Storage 25908
5607 S TRYON ST
Charlotte, NC 28217

Punchh Inc
PO Box 536257
Pittsburgh, PA 15253


Pye Barker Fire & Safety LLC
PO Box 503
Piedmont, SC 29673


Quality Electric Construction Inc.
726 Brogan Avenue
Anderson, SC 29625


Quality of Charleston
5524 Dutton Av
Unit B-8
North Charleston, SC 29406


RAY GOODMAN
PO BOX 1225
Jonesboro, GA 30237


RC REFRIGERATION, LLC
N/A


Ready Lock Inc
PO Box 2081
Cumming, GA 30028-2081


RECORDERS COURT OF CHATHAM COUNTY
133 MONTGOMERY ST
Room 308
Savannah, GA 31401


Records Reduction Inc
2032-F Independence Commerce Dr
Matthews, NC 28105


Refrigeration Heroes, Inc
426 S Buncombe Road
Greer, SC 29650


Regency Centers Corporation
3715 Northside Parkway NW, Suite 400
Atlanta, GA 30327

Regions Bank
1900 Fifth Avenue North
Birmingham, AL 35203


Republic Services #742 (125)
PO Box 9001099
Louisville, KY 40290-1099


Republic Services #800 (123)
For BFI Waste Services LLC
PO Box 9001099
Louisville, KY 40290-1099


Residence Inn Raleigh-Durham Airport
10600 Little Brier Creek
Raleigh, NC 27617


Restaurant365
500 Technology Dr, Suite 200
Irvine, CA 92618


REWARDS NETWORK ESTABLISHMENT SERVICES
540 W. MADISON ST, ST 2400
Chicago, IL 60661


Richard Murdaugh
2003 Greene St
Columbia, SC 29205


Richard Turner Seekford
301 E. Bedford Rd
Wilmington, NC 28411


Richland County Treasurer
PO Box 11947
Columbia, SC 29211


RM Services & Sales Inc.
1930 Castle Hayne Rd, Ste 5
Wilmington, NC 28401


RNDC
N/A

Roger West LLC
N/A


Rolland Reash Plumbing Inc.
11606 Columbia Park Dr E
Jacksonville, FL 32258


Ronald Cureton
RC Refrigeration LLC
10407 Battle Ct
Charlotte, NC 28215


Rooter Man Plumbing
PO Box 30098
Charleston, SC 29417-0098


Roto Rooter
5672 Collections Center Drive
Chicago, IL 60693-0056


RSM US LLP
300 S Tryon St #1500
Charlotte, NC 28202


RWT Marketing, LLC
2508 Monarch Bay Dr
Las Vegas, NV 89128


Rytec Electric
100 Old Cherokee Road, Suite F #329
Lexington, SC 29072


Sandhill Center LLC
c/o Stiles Property Management
481 Town Center Place, Suite 2
Columbia, SC 29229


Sard & Leff, LLC
3789 Roswell Road NE
Atlanta, GA 30342


Sargent Pest Solutions
N/A

SC Department of Revenue
ATTN: ACS COLLECTIONS
PO BOX 125
Columbia, SC 29214


SC Dept of Health and Enviro Control
N/A


SC Dept. Rev. Alcohol Licensing
P.O. Box 125
Columbia, SC 29214-0907


Scott Rule
219 Newport Dr
Jacksonville, NC 28540


Securitas Technology Corporation
8350 Sunlight Drive
Fishers, IN 46037


SECURITY CENTRAL
PO Box 602371
Charlotte, NC 28260-2371


Segra Communications
PO Box 631140
Cincinnati, OH 45263-1140


SESAC INC
PO Box 5246
New York, NY 10008-5246


Sharpe Electronics Corporation
N/A


Shiv Shakti Investments LLC
285 Country Club Dr, Suite 100
Stockbridge, GA 30281


Shuler Meats
N/A


SIB Development
PO Box 100199

Silliker, Inc.
401 N Michigan Ave, Ste 1400
Chicago, IL 60611


SIR RALEIGH ELECTRIC, INC.
26 Apothecary Ct
Garner, NC 27529


Sir Speedy
436 South Center Street
Statesville, NC 28677


Smith Gambrell & Russell LLP
N/A


Snagajob.com, Inc.
32978 Collections Center Drive


Soggy Dollar Pressure Washing
7937 Country Lakes Rd


Solid Entertainment Group LLC
1101 Lady St
Columbia, SC 29201


South Carolina Dept of Revenue
PO Box 2535
Columbia, SC 29202-2535


South East Landscape Services
PO Box 444
Bluffton, SC 29910


SOUTH ISLAND PUBLIC SERVICE DISTRICT
PO BOX 5148
Hilton Head Island, SC 29928


Southeastern Electrical Specialists LLC
2855 Pineview Road
Augusta, GA 30909


Southern Eagle Distributors
1600 Charleston Regional ParkWay
Charleston, SC 29492

Southern Lighting Services, Inc.
PO BOX 7599
Ocean Isle Beach, NC 28469


Southern Realty Development Group
N/A


Spartanburg County Tax Collector
PO Box 3060
Spartanburg, SC 29304-3060


Spartanburg Water System
PO BOX 251
Spartanburg, SC 29304


St. John's Fire Equipment Inc.
6000 Philips Highway, Suite 10
Jacksonville, FL 32216


Stanley Convergent Security SolutionNOW9
Dept Ch 10651
Palatine, IL 60055


Staples
PO BOX 105748


State Employees Health Plan
1516 Dawson Street
Wilmington, NC 28401


Stewart Jenkins and Clekis Law Firm
Clekis Law Firm
PO Box 1867
Charleston, SC 29402


STORE Master Funding VII, LLC
8377 E. Hartford Dr, Ste 100
Scottsdale, AZ 85255


Stuart A. Sauls
439 Washboard Ln
Ridgeland, SC 29936

Sullivan PTO
1825 Eden Terrace
Rock Hill, SC 29730


Superior Services TM LLC
36 Persimmon, St #202
Bluffton, SC 29910


Swift Curie McGhee & Hiers LLP
1420 Peachtree St NE #800
Atlanta, GA 30309


Swift Fire Protection
2450 Satellite Blvd
Duluth, GA 30096


Synergi Partners Inc.
PO Box 5599
Florence, SC 29501


SYSCO Atlanta
Sysco Business Service
24500 Hwy 290
Cypress, TX 77429


Sysco Charlotte
ATTN Accounts Recievable
4500 Corporate Dr NW
Concord, NC 28027


SYSCO Columbia LLC
PO Box 9224
Columbia, SC 29290-9224


Szabo Associates, Inc.
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326


T. Cooper Hull Photography LLC
4119 Brandie Glen Rd
Charlotte, NC 28269

Take 44 Presents, LLC
3175 Country Rd 108
Building 2, Suite A
Gonzales, TX 78629


Tattoo Projects
704 Morris St
Charlotte, NC 28202


TavernTrak LLC
9540 Garland Road, STE 381-312
Dallas, TX 75218


Team Mechanical LLC
3585 Centre Circle
Fort Mill, SC 29715


Technocom Business Systems Inc.
PO Box 72088


TECO Peoples Gas
Jacksonville Division
PO Box 31318


Tersh Enterprise LLC DBA Service Emperor
Service Emperor
8578 Greenhouse Rd
Metter, GA 30439


The 20 LLC
6600 Chase Oaks Blvd Suite 100
Plano, TX 75023


The Seals
301 McCullough Drive, Suite 400
Charlotte, NC 28262


The Seat Doctor
c/o Auto Body Technologies, Inc
110 Herndon Springs


Thomas Restaurant Equipment Inc.
1210 Alleghany Street
Charlotte, NC 28208

Thompson & Thompson Service Group Inc
Rooterman Plumbers
PO Box 549
Guyton, GA 31312

Threadgill Agency LLC
4145 Travis Street
Suite 300
Dallas, TX 75204

THYSSENKRUPP ELEVATOR CORP
PO BOX 933004
Atlanta, GA 31193

TIDELANDS AC & REFRIGERATION INC
83 RILEY FARMS RD
Ridgeland, SC 29936

Time Warner Cable
PO BOX 70872
Charlotte, NC 28272

Tinder Box
4400 Sharon Road
Charlotte, NC 28211

TJS Deemer Dana LLP (Corp)
118 Park of Commerce Dr, Ste 200
Savannah, GA 31405

TK Elevator
PO Box 3796

Town of Hilton Head Island
One Town Center Court
Hilton Head Island, SC 29928

Trash Gurl
327 Cypress Gardens Road
Moncks Corner, SC 29461

Travelers
Travelers CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317

Triadex Services, LLC
N/A


TriMark USA
2801 South Valley Parkway, Suite 200
Lewisville, TX 75067


TWC Services Inc.
PO Box 1612


U.S. Small Business Administration
409 3rd St., SW
Washington, DC 20416


UniFi Equipment Finance, Inc.
PO Box 7365


Unifirst First Aid and Safety
3499 Rider Trail S
St. Louis, MO 63045


UNITED MILITARY MARKETING, LLC.
2080 NORTHBROOK BLVD
North Charleston, SC 29406


United States Attorney
Western District of North Carolina
227 West Trade Street, Suite 1650
Charlotte, NC 28202


United States Treasury
Internal Revenue Service
PO Box 267, Stop 812


Up On a Tuesday LLC
16302 Autumn Cove Ln
Huntersville, NC 28078


UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001

Upstate Climate Solutions LLC
681 Michelin Blvd
Anderson, SC 29625


US Assure Insurance Svs of FL, Inc.
PO Box 935597
Atlanta, GA 31193-5597


Valley Proteins Inc.
PO BOX 643393
Cincinnati, OH 45264


Vaughn T. Hall
220 Drawdebil Rd
Gilbert, SC 29054


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Villa's Lawncare LLC
N/A


Vital Records Control
PO Box 11407
Dept. 5874
Birmingham, AL 35246-5874


Wake County Revenue Department
Prepared Food and Beverage Division
PO Box 2719
Raleigh, NC 27602-2719


Waste Connections of Charlotte
5516 Rozzelles Ferry Rd
Charlotte, NC 28214


We Wash Windows SC LLC
104 Papa Lane West
Columbia, SC 29172


Weavetec - Benchmark
PO Box 143

Webster Rogers LLP
380 Wesmark Blvd
Sumter, SC 29150


Weiss Creative Inc
189 Wind Chime Ct  Ste 104
Raleigh, NC 27615-6572


WHALEY FOOD SERVICE
PO Box 615
Lexington, SC 29071-0615


Wilson's Refrigeration & A/C Service Inc
5941 US Hwy 176
Pomaria, SC 29126


Windstream Communication
PO Box 9001950
Louisville, KY 40290-1908


Wrightsville Beach Landscaping Inc
PO Box 805
Wrightsville Beach, NC 28480


Xerographic Digital Printing Inc
1948 33rd Street
Orlando, FL 32839


Yelp Inc
PO Box 398857


Yohe Plumbing of Aiken Inc
PO Box 3836
Aiken, SC 29802


York County Treasurer
1070 Heckle Blvd Box 14, Ste 1100
Rock Hill, SC 29732


York Natural Gas
PO Box 11907
Rock Hill, SC 29731-1907

Zenith Insurance Company
4415 Collections Center Drive
PO Box 9055
Van Nuys, CA 91499-4076


Zeta Tua Alpha Foundation, Inc
1036 S Rangeline Rd
Carmel, IN 46032