# BANKRUPTCY ADMINISTRATOR
# WESTERN DISTRICT OF NORTH CAROLINA



401 West Trade Street  
Suite 2400  
Charlotte, NC 28202  
704-350-7587 (main)

Shelley K. Abel  
Bankruptcy Administrator  
704-350-7590  
shelley_abel@ncwba.uscourts.gov

August 4, 2023

U.S. Bankruptcy Court  
Western District of North Carolina  
401 West Trade Street, Suite 2500  
Charlotte, NC 28202

Re:   Creditors' Committee  
      Case Name:  Aetius Companies, LLC, et al.  
      Case No.:   23-30470

Dear Sir or Madam:

Enclosed please find the responses received by this office to the Notice to Creditors Holding Twenty Largest Unsecured Claims. Because only two of the creditors listed on the list of the twenty largest have accepted appointment, no committee will be appointed at this time. I will notify you in the event other creditors express interest and a committee can be formed.

Thank you for your time and attention to this matter.

Sincerely,

*Shelley K. Abel*

Shelley K. Abel  
Bankruptcy Administrator

ses  
Encl.

cc:   Main Street Development II, LLC *(via email)*  
      Old Forum, LLC *(via email)*

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re: )
) Case No.: 23-30470
AETIUS COMPANIES, LLC, )
) Chapter 11
)
Debtor. )

### NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

✓ Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

___ Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: Main Street Development II, LLC
Name of Representative: Ramsey Roe
Address of Representative: 189 S. Converse St.
Spartanburg, SC 29306

Amount of Claim: $ 98,670.00
Type of Claim: Judgement
(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)
Relationship to Debtor: Judgement Creditor
(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: (352) 262-3374   Email: rraroe@gmail.com
Dated: 7/27/2023

_____
Signature

Return to: Office of the Bankruptcy Administrator, 401 W. Trade Street, Suite 2400, Charlotte, NC 28202-1633, Fax (704) 350-7577, Email: sarah_e_scholz@ncwba.uscourts.gov.

**NEW FORUM**

2127 Ayrsley Town Blvd.
Suite 302
Charlotte, NC 28273

July 25, 2023

Shelley K. Abel
United States Bankruptcy Administrator
401 W. Trade Street, Suite 2400
Charlotte, NC 28202-1633

RE: Aetius Companies, LLC Chapter 11 Bankruptcy filing: Case No. 23-30470

Dear Ms. Abel,

Enclosed is my Notice of Intent to Accept Appointment to Creditors' Committee in connection with the above-captioned matter. I am legal counsel for New Forum, Inc., parent company of, and property manager for, Old Forum, LLC, an unsecured creditor of SW Charlotte, LLC.

SW Charlotte, LLC, a subsidiary of Aetius Companies, LLC and a Debtor in this bankruptcy proceeding, defaulted on its lease with Old Forum, LLC. As noted on the attached form, SW Charlotte owes Old Forum more than $914,000.00 in accrued but unpaid rent and rent for the remainder of its lease.

Thank you in advance for your consideration of my request to be appointed to the Creditors' Committee. If you require any additional information, please do not hesitate to contact me at 704-731-5542 or at mgood@newforum.net.

Sincerely,

*[signature]*

Mark A. Good
VP – Legal

www.newforum.net

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re: )
) Case No.:   23-30470
AETIUS COMPANIES, LLC, )
) Chapter 11
)
_____ Debtor. )

### NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO CREDITORS' COMMITTEE

The undersigned, a representative of the company or individual listed below,

**X**   Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

___   Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: **OLD FORUM, LLC**
Name of Representative: **MARK GOOD**
Address of Representative: **NEW FORUM INC.**
**2127 AYRSLEY TOWN BOULEVARD, STE. 302**
**CHARLOTTE, NC 28273**
Amount of Claim: $ **914,000.00**
Type of Claim: **UNSECURED (COMMERCIAL LEASE DEFAULT)**

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: **LANDLORD**

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: **(704) 731-5542**   Email: **mgood@newforum.net**

Dated: **7/25/23**

_____
Signature

**Return to: Office of the Bankruptcy Administrator, 401 W. Trade Street, Suite 2400, Charlotte, NC 28202-1633, Fax (704) 350-7577, Email: sarah_e_scholz@ncwba.uscourts.gov.**