FILED & JUDGMENT ENTERED

Christine F. Winchester

November 13 2025

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*

Laura T. Beyer
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re: | Case No. 23-30470 |
| **Aetius Companies, LLC, et al.,** | Chapter 11 |
| Debtors. | |

## ORDER GRANTING MOTION TO SHORTEN NOTICE

This matter is before the Court on the Trustee's Motion to Compel Blystone & Donaldson, LLC ("Blystone") to produce documents pursuant to this Court's Order Granting Motion to Conduct Rule 2004 Discovery and related subpoena. According to the Trustee, the relief requested is warranted due to deadlines to file adversary proceedings against Blystone and the Debtors' insiders. The Trustee asserts that hearing the Motion on full notice would significantly prejudice the Trustee and that a hearing on short notice is necessary so that documents subject to the subpoena are received with sufficient time to review the same and proceed with reasonable diligence. Having considered the Trustee's request, the Court concludes that good cause exists to hear the Motion to Compel on short notice. Thus, the Trustee may set a hearing on the Motion to Compel on November 19, 2025 at 9:30 AM at the Charles R. Jonas Federal Courthouse (Courtroom 2A) in Charlotte, North Carolina.

## SO ORDERED

| | |
|---|---|
| *This Order has been signed electronically.*<br>*The Judge's signature and Court's seal*<br>*appear at the top of this Order.* | *United States Bankruptcy Court* |